No. 91–6520. PECINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6527. ANDRESS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6528. GRIMES v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6532. SIMS v. SOUTH CAROLINA. Sup. Ct. S. C. Certiorari denied.

No. 91–6535. JIMENO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6541. WILLIAMS v. GEORGIA. Sup. Ct. Ga. Certiorari denied.

No. 91–6545. WILHITE v. COLORADO. Sup. Ct. Colo. Certiorari denied.

No. 91–6555. WHITE v. MISSOURI. Sup. Ct. Mo. Certiorari denied.

No. 91–6557. HAIRABEDIAN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6565. BROWN v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 91–6567. GARCIA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6570. WILSON v. JACKSON ET AL. C. A. 7th Cir. Certiorari denied.

No. 91–6580. PEREZ AZCUY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–6588. SANTOS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 91–6591. ONALAJA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–6592. RICCHE v. UNITED STATES. C. A. 3d Cir. Certiorari denied.